DAVID R. FOGELSONGER et al., Respondents, *v.* THOMAS FORSON, Appellant.

(Submitted June 14, 1881; decided June 21, 1881.)

*Fraklin D. Locke* for appellant.

*William L. Jones* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.